435 A.2d 176

**COMMONWEALTH of Pennsylvania**

v.

**Gerald R. WENTZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1981.

Decided Oct. 8, 1981.

Wilbert H. Beachy, III, Public Defender, Somerset, for appellant.

Alan Ellis, Philadelphia, for amicus curiae, Amicus Curiae Committee, Nat. Ass'n of Criminal Defense Lawyers, Inc. (NACDL).

Leonard N. Sosnov, Philadelphia, amicus curiae.

James B. Yelovich, Dist. Atty., Somerset, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Appeal, 421 A.2d 796, is dismissed as having been improvidently granted.